AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

LNV Corporation

V.

Martha C. Segovia
Victor Segovia aka Victor I. Segovia

CASE NUMBER: 1:10-cv-00909

ASSIGNED JUDGE: Amy J. St Eve

DESIGNATED MAGISTRATE JUDGE: Nan R. Nolan

TO: (Name and address of Defendant)

Martha C. Segovia
7527 South Lawler Avenue
Burbank, IL 60459

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Freedman, Anselmo, Lindberg & Rappe LLC
1807 W. Diehl Road, Suite 333
Naperville, IL 60563

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*[signature]*

(By) DEPUTY CLERK

**February 11, 2010**
Date

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LNV Corporation | Plaintiff(s) | |
| VS. | | |
| | | Court No.: 1:10-cv-00909 |
| Martha C. Segovia; Victor Segovia aka Victor I. Segovia | Defendant(s) | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Vincent Serafini, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117-001465 appointed by the court to serve process in the above referenced cause.

Type of Process: Summons and Complaint In A Civil Case

Defendant to be served: Martha C Segoviano

ADDRESS WHERE ATTEMPTED OR SERVED: 7627 South Lawler Avenue, Burbank, Illinois, 60459

SERVED the within named defendant on: 2/16/2010 7:09:00 AM

✓ INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 50s  Gender Female  Race Caucasian  Height 5-6  Weight 126-150  Hair Blonde  Glasses Unassigned

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

Subscribed and sworn before me on 2/19/2010

_____
Notary Public

_____
Signature of Process Server

OFFICIAL SEAL
ALEX QUIROZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/13/12

Job ID: 1178346
File Number: F09040013

AO 440 (Rev. 05/00) Summons in a Civil Action.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: 2/16/2010 |
| NAME OF SERVER (PRINT) Vincent Serafini | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

7627 South Lawler Avenue Burbank, IL. 60459

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

$

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/16/2010
Date

Signature of Server

18927 Hickory Creek Drive, Ste 110, Mokena, IL 604448
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.