IN THE CIRCUIT COURT OF COOK COUNTY
COOK COUNTY, ILLINOIS

| | |
|---|---|
| F09040013 DOV<br>LNV Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>Martha C. Segovia; Victor Segovia aka Victor I. Segovia;<br><br>    Defendants. | CASE NO.    1:10-cv-00909<br><br>St. Eve Calendar |

### AFFIDAVIT FOR JUDGMENT
735 ILCS 5/15-1506(a)(1)

NOW COMES **Paula Borshell**, for LNV Corporation, Inc., after being duly sworn under oath, and states as follows:

1. That my name is **Paula Borshell**, and I am a **Authorized Signer** for LNV Corporation and I am authorized to execute this affidavit on behalf of LNV Corporation. I have personal knowledge of the facts stated in this affidavit made pursuant to 735 ILCS 5/15-1506, and if called to testify in the above entitled case, I would completely and competently testify as to the following facts.

2. That I am familiar with the account of Martha C. Segovia and Victor I. Segovia, and the Plaintiff is the current holder of the Note and Mortgage which form the basis of this action. I have reviewed the records with respect to this particular account and I have personal knowledge as to the amounts currently due on this account as set forth below.

3. That attached to the complaint in the above referenced action is a true and correct copy of the Note and Mortgage which form the basis of this action and they are specifically incorporated herein by reference.

4. The mortgagor failed to make payments in accordance with the Note sued on herein and the loan is due for the July 1, 2008 payment. Plaintiff elected to accelerate the indebtedness pursuant to the terms of the Mortgage and Note, and there is due and owing as **May 24, 2011** the following sums:

    Principal Balance .................................................................. $208,064.49

    Interest .................................................................................... $59,826.86

    Escrow Advances ................................................................... $17,917.99

    BPO/Appraisals ...................................................................... $600.00

Total ............................................................................. $286,409.34

5. That the undersigned, under penalties as provided by law pursuant to section 1-109 of the Code of Civil Procedure, certifies that the statements set forth in this instrument are true and correct.

WHEREFORE, your affiant sayeth naught.

LNV Corporation,

By: *Paula Borshell*
Paula Borshell
Authorized Signer

STATE OF IL )

COUNTY OF LAKE )

SUBSCRIBED AND SWORN TO BEFORE ME THIS

Dated: May 24, 2011

*Michelle Slechta*
Notary Public

OFFICIAL SEAL
MICHELLE SLECHTA
Notary Public - State of Illinois
My Commission Expires Jul 30, 2012

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL 60566-7228
630-983-0770   866-402-8661
630-428-4620 (fax)
Attorney No. Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Louis Freedman- 3126104, Thomas Anselmo- 3125949, Steven Lindberg- 3126232,
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay A. Mosberg- 1972316,
Karl V. Meyer- 6220397, Bryan D. Hughes- 6300070, Ann W. Lopez- 6190037,
Jonathan Nusgart- 6211908, William B. Kalbac- 6301771, Sarah K. Lash- 6300299,
John Gerrity- 6303376, W. Brandon Rogers- 6302871,
Jason A. Newman, Of Counsel,- 6275591

R301

# Per Diem Worksheet for Preparing Judgments

| Principal Balance | | Current Interest Rate | | Annual Interest Rate |
|---|---|---|---|---|
| $208,064.49 | X | 9.650% | = | $20,078.22 |

| Annual Interest | | 365 Days | | Per Diem |
|---|---|---|---|---|
| $20,078.22 | / | 365 | = | $55.01 |

| Per Diem | | Days | | Additional Interest |
|---|---|---|---|---|
| $55.01 | X | 64 | = | $3,520.64 |

*OR*

| Per Diem from Figures | | Days | | Additional Interest |
|---|---|---|---|---|
| $55.01 | X | 64 | = | $3,520.64 |

Good Through     5/24/2011
Judgment Date     7/27/2011

                               64