**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division**

LNV Corporation
                        Plaintiff,

v.                                                     Case No.: 1:10–cv–00909
                                                           Honorable Edmond E. Chang

Martha C Segovia, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 27, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Status hearing held. Defendant Martha C. Segovia appeared personally. Defendant was not able to understand English. Defendant's son Victor Segovia appeared and interpreted the proceedings to his mother as well as defendant's Real Estate Broker. Defendant's oral request for an extension in order to hire an attorney is granted. Defendants have to and including 08/24/11 in which to answer or otherwise plead to the complaint. Status hearing set for 09/07/11 at 8:30a.m. Plaintiff's motion for default judgment is entered and continued to 09/07/11 at 8:30a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.