**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

LNV Corporation
                Plaintiff,

v.
                                              Case No.: 1:10–cv–00909
                                              Honorable Edmond E. Chang

Martha C Segovia, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 7, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Status hearing held. Leave of court is given to Thaddeus Gauza to file his appearance on behalf of the defendants. Defendants' oral request for 28 days to answer or otherwise plead to the complaint is granted. Defendants have to and including 10/05/11 in which to answer or otherwise plead to the complaint. Plaintiff's motions [45,46 and 47] are withdrawn. Status hearing set for 10/12/11 at 8:30a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.