**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

LNV Corporation
        Plaintiff,

v.               Case No.: 1:10−cv−00909
              Honorable Edmond E. Chang

Martha C Segovia, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 12, 2011:

  MINUTE entry before Honorable Edmond E. Chang: Status hearing held. Defendants failed to appear. Plaintiff shall re−file the motion for default judgment and motion to appointment special commissioner on or before 10/26/11 and notice it up for 11/02/11 at 8:30 a.m. Plaintiff is directed to serve Defendants with the motions and the notice of motions. Status hearing set for 11/02/11 at 8:30 a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.